**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE SAFRIET, derivatively and on behalf of Nominal Defendant AKORN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAJAT RAI, et al.,<br><br>Defendants. | Civil Case No. 15-cv-07275<br><br>Hon. Gary Feinerman |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Freed Kanner London & Millen LLC ("Freed Kanner") hereby moves to withdraw the appearance of Donald L. Sawyer on behalf of Felix Glaubach ("Plaintiff"). As of August 30, 2016, Mr. Sawyer is no longer with Freed Kanner. Michael J. Freed and William H. London of Freed Kanner will continue to act as counsel for Plaintiff.

Dated: September 13, 2016

Respectfully Submitted,

/s/ Michael J. Freed
Michael J. Freed
**FREED KANNER LONDON**
**& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com

*Counsel for Plaintiff Felix Glaubach*