UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE SAFRIET, *et ano.*, DERIVATIVELY AND ON BEHALF OF NOMINAL DEFENDANT AKORN, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJAT RAI, TIMOTHY A. DICK, BRUCE KUTINSKY, JOSEPH BONACCORSI, JOHN R. SABAT, MARK M. SILVERBERG, JOHN N. KAPOOR, RONALD M. JOHNSON, BRIAN TAMBI, STEVEN J. MEYER, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, AND ADRIENNE L. GRAVES <br><br> Defendants, <br><br> And <br><br> AKORN, INC., <br><br> Nominal Defendant. | Case No. 15-cv-07275 <br><br> Honorable Gary Feinerman |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's minute entry dated October 7, 2016 Order. (Dkt. No. 47.)

This case is a putative shareholder derivative action (the "Derivative Action") brought by shareholders of Akorn, Inc. ("Akorn" or the "Company"), derivatively on behalf of Akorn against certain of the Company's current or former officers and directors. On April 5, 2016, another putative derivative action, *Glaubach v. Kapoor, et al.*, 15-CV-11129 was consolidated with this action; The Rosen Law Firm, P.A. and Hynes Keller & Hernandez, LLC were appointed Co-Lead Counsel; and Heffner Hurst was appointed Liaison Counsel. (Dkt. No. 41.) A putative securities class action lawsuit alleging violations of the federal securities laws based on similar facts and

1

circumstances as are at issue in the Derivative Action, *In re Akorn, Inc. Securities Litigation*, 1:15-CV-01944 (the "Securities Class Action"), is currently pending before Your Honor.

On November 20, 2015, Judge Elaine Bucklo stayed the Derivative Action, pursuant to the parties' Stipulation to Stay Proceedings, pending further developments in the ongoing litigation of the Securities Class Action. (Dkt. No. 10.) On October 7, 2016, the Court set a status conference on November 3, 2016, and ordered the parties to file this Joint Status Report. (Dkt. No. 47.)

As of today, none of the "Triggering Events" set forth in the Stipulation to Stay Proceedings (including *inter alia* the entry of an order denying any motions to dismiss the Securities Class Action) have occurred. (Dkt. No. 9.) Therefore, the parties respectfully submit that the stay of the Derivative Action should remain in effect. In addition, in order to conserve judicial and party resources, the parties respectfully request that the status conference presently set for November 3, 2016 should be continued to a date convenient to the Court after a ruling on defendants' motion to dismiss in the Securities Class Action is issued.

Dated: October 27, 2016

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Daniel Slifkin
Daniel Slifkin (*pro hac vice*)
David M. Stuart (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1438
Email: dslifkin@cravath.com
Email: stuart@cravath.com

KIRKLAND & ELLIS LLP
Timothy A. Duffy, P.C.
Devon M. Largio
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

        Telephone: (312) 469-7333
        Email: dlargio@kirkland.com
        Email: tduffy@kirkland.com

*Attorneys for Defendants*

Dated: October 27, 2016        THE ROSEN LAW FIRM, P.A.

        By: /s/ Phillip Kim
        Phillip Kim (*pro hac vice*)
        275 Madison Avenue, 34th Floor
        New York, New York 10016
        Telephone: (212) 686-1060
        Facsimile: (212) 202-3827
        Email: pkim@rosenlegal.com

        HYNES KELLER & HERNANDEZ, LLC
        Michael J. Hynes (*pro hac vice*)
        1150 First Avenue, Suite 501
        King Of Prussia, PA 19406
        Telephone: (610) 994 -0292
        Facsimile: (914) 752-3041
        Email: mhynes@hkh-lawfirm.com

*Co-Lead Counsel for Plaintiffs*

        HEFFNER HURST
        Matthew T. Heffner
        30 N. LaSalle Street
        Suite 1210
        Chicago, Illinois 60602
        Telephone: (312) 346-3466
        Facsimile: (312) 346-2829
        Email: mheffner@heffnerhurst.com

*Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Phillip Kim, Co-Lead Counsel for Plaintiffs, hereby certify that on October 27, 2016 service of the foregoing Joint Status Report was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Phillip Kim