**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE SAFRIET, *et ano.*, DERIVATIVELY AND ON BEHALF OF NOMINAL DEFENDANT AKORN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAJAT RAI, TIMOTHY A. DICK, BRUCE KUTINSKY, JOSEPH BONACCORSI, JOHN R. SABAT, MARK M. SILVERBERG, JOHN N. KAPOOR, RONALD M. JOHNSON, BRIAN TAMBI, STEVEN J. MEYER, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, AND ADRIENNE L. GRAVES<br><br>Defendants,<br><br>And<br><br>AKORN, INC.,<br><br>Nominal Defendant. | Case No. 15-cv-07275<br><br>Honorable Gary Feinerman |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to the Court's minute entry dated February 1, 2017 Order. (Dkt. No. 54.)

1. This case is a putative shareholder derivative action (the "Derivative Action") brought by shareholders of Akorn, Inc. ("Akorn" or the "Company"), derivatively on behalf of Akorn, against certain of the Company's current or former officers and directors (the "Defendants"). A putative securities class action lawsuit alleging violations of the federal securities laws based on similar facts and circumstances that are at issue in the Derivative Action, *In re Akorn, Inc. Securities Litigation,* 1:15-CV-01944 (the "Securities Class Action"), is currently

pending before Your Honor.

2. On November 20, 2015, Judge Elaine Bucklo stayed the Derivative Action, pursuant to the parties' Stipulation to Stay Proceedings, pending further developments in the ongoing litigation of the Securities Class Action. (Dkt. No. 10.)

3. On April 5, 2016, another putative derivative action, *Glaubach v. Kapoor*, *et al.*, 15-CV-11129 was consolidated with this action. The Rosen Law Firm, P.A. and Hynes Keller & Hernandez, LLC were appointed Co-Lead Counsel and Heffner Hurst was appointed Liaison Counsel. (Dkt. No. 41.)

4. On February 1, 2017, the Court set a status conference for April 24, 2017 and ordered the parties to file this Joint Status Report. (Dkt. No. 54.)

5. On March 6, 2017, Your Honor denied defendants' motion to dismiss in the Securities Class Action. As a result, one of the "Triggering Events" set forth in the Stipulation to Stay Proceedings has occurred. (Dkt. No. 9.) Pursuant to the terms of the Stipulation, counsel for the parties met and conferred to determine the appropriate course for the Derivative Action.

6. Also pursuant to the terms of the Stipulation, on April 3, 2017, Defendants in the Derivative Action produced to Plaintiffs documents that had previously been produced by Akorn to the plaintiffs in a related derivative action filed in Louisiana state court, under the terms of the Agreed Confidentiality Order, which this Court entered on April 2, 2017 (Dkt. No. 58).

7. In addition to a lifting of the stay, as mandated by Paragraph 2 of the Stipulation, the parties also respectfully submit the following proposed schedule: (1) Plaintiffs will file an amended complaint no later than forty-five (45) days after the filing date of this Joint Status Report; (2) Defendants shall answer, or otherwise respond to, the amended complaint no later than forty-five (45) days after Plaintiffs file their amended complaint; (3) in the event that Defendants file

any motion directed at the amended complaint, Plaintiffs shall file their opposition thirty (30) days after the filing of such motion and Defendants shall file their brief in reply twenty-one (21) days after the filing of Plaintiffs' opposition.

Dated: April 14, 2017

**KIRKLAND & ELLIS LLP**

By: /s/ Devon M. Largio
Timothy A. Duffy, P.C.
Devon M. Largio
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 469-7333
Email: dlargio@kirkland.com
Email: tduffy@kirkland.com

**CRAVATH, SWAINE & MOORE LLP**
Daniel Slifkin (*pro hac vice*)
David M. Stuart (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1438
Email: dslifkin@cravath.com
Email: stuart@cravath.com

*Attorneys for Defendants*

Dated: April 14, 2017

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**HYNES KELLER & HERNANDEZ, LLC**
Michael J. Hynes (*pro hac vice*)
1150 First Avenue, Suite 501
King Of Prussia, PA 19406
Telephone: (610) 994 -0292
Facsimile: (914) 752-3041

Email: mhynes@hkh-lawfirm.com

*Co-Lead Counsel for Plaintiffs*

**HEFFNER HURST**
Matthew T. Heffner
30 N. LaSalle Street
Suite 1210
Chicago, Illinois 60602
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
Email: mheffner@heffnerhurst.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Phillip Kim, Co-Lead Counsel for Plaintiffs, hereby certify that on April 14, 2017 service of the foregoing Joint Status Report was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Phillip Kim