# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRUCE SAFRIET, et ano., derivatively on behalf of nominal defendant AKORN, INC., ) ) ) | |
| *Plaintiffs*, ) | Case No. 15-cv-7275 |
| v. ) ) | Hon. Gary S. Feinerman |
| RAJAT RAI, et al., ) ) | |
| *Defendants*, ) | |

## MOTION TO DISMISS

Defendants, including nominal defendant, Akorn, Inc., hereby move the Court under Federal Rules of Civil Procedure 12(b)(6) and 23.1 for an order dismissing Plaintiffs' claims. Defendants have contemporaneously filed a memorandum in support of this motion describing the bases for the requested relief.

Dated: July 10, 2017                  Respectfully submitted,

                                            */s/ Joshua Z. Rabinovitz*
                                            Joshua Z. Rabinovitz
                                            Devon M. Largio
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, Illinois 60654
                                            (312) 862-2000
                                            (312) 862-2200 (fax)
                                            jrabinovitz@kirkland.com

                                            *Counsel for Defendants*