| | |
|---|---|
| BRUCE SAFRIET, *et ano.*, Derivatively on Behalf of Nominal Defendant AKORN, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJAT RAI, TIMOTHY A. DICK, BRUCE KUTINSKY, JOSEPH BONACCORSI, JOHN R. SABAT, MARK M. SILVERBERG, JOHN N. KAPOOR, RONALD M. JOHNSON, BRIAN TAMBI, STEVEN J. MEYER, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, AND ADRIENNE L. GRAVES <br><br> Defendants, <br><br> And <br><br> AKORN, INC., <br><br> Nominal Defendant. | Case No. 15-cv-07275 <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Honorable Gary Feinerman |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Bruce Safriet and Felix Glaubach ("Plaintiffs") and Defendants Rajat Rai, Timothy A. Dick, Bruce Kutinsky, Joseph Bonaccorsi, John R. Sabat, Mark M. Silverberg, John N. Kapoor, Ronald M. Johnson, Brian Tambi, Steven J. Meyer, Alan Weinstein, Kenneth S. Abramowitz, and Adrienne L. Graves ("Individual Defendants") and Nominal Defendant Akorn, Inc. (together with Individual Defendants, "Defendants") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 25, 2017, Plaintiffs filed the Amended Verified Shareholder

1

Derivative Complaint against Defendants (Dkt. No. 61);

WHEREAS, on July 19, 2017, the Company announced that its shareholders have overwhelmingly voted to approve the previously announced merger agreement providing for the acquisition of Akorn, Inc. by Fresenius Kabi, a subsidiary of Fresenius SE & Co. KGaA;

WHEREAS, as a result, the parties to this Stipulation believe that this action should be dismissed without prejudice;

WHEREAS, no defendant in this action has entered into a settlement with plaintiff in connection with this voluntary dismissal and neither plaintiff nor their counsel have received, nor will receive, any form of consideration from any defendant in exchange for the dismissal of this action; and

WHEREAS, Plaintiffs and Defendants agree that all parties will bear their own fees and costs incurred in connection with this litigation;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The above-captioned action shall be dismissed without prejudice; and

2. Plaintiffs and Defendants will bear their own fees and costs.

SO STIPULATED

Dated: July 31, 2017

KIRKLAND & ELLIS LLP

By: /s/ Devon M. Largio
Devon M. Largio
Joshua Z. Rabinovitz
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 469-7333
Email: dlargio@kirkland.com
joshua.rabinovitz@kirkland.com

*Attorneys for Defendants*

| | |
|---|---|
| Dated: July 31, 2017 | THE ROSEN LAW FIRM, P.A.<br><br>By:   /s/ Phillip Kim<br>Phillip Kim<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>Email: pkim@rosenlegal.com<br><br>HEFFNER HURST<br>Matthew T. Heffner<br>30 N. LaSalle Street<br>Suite 1210<br>Chicago, Illinois 60602<br>Telephone: (312) 346-3466<br>Facsimile: (312) 346-2829<br>Email: mheffner@heffnerhurst.com<br><br>HYNES KELLER & HERNANDEZ, LLC<br><br>Michael J. Hynes<br>Ligaya T. Hernandez<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA 19355<br>Telephone: (484) 875-3116<br>Facsimile: (914) 752-3041<br>Email: mhynes@hkh-lawfirm.com<br>         lhernandez@hkh-lawfirm.com<br><br>THE LAW OFFICE OF DEBRA S. GOODMAN<br>Debra S. Goodman<br>1301 Skippack Pike, Ste. 7A #133<br>Blue Bell, PA 19422<br>Telephone: (610) 277-6057<br>Facsimile:(484) 231-1922<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED** that upon the foregoing Stipulation of the Parties hereto and good cause appearing therefore, the Stipulation is approved.

Dated: _____, 201__                _____
                                                                   United State District Judge