## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Bruce Safriet, et al.

                        Plaintiff,

v.                                          Case No.: 1:15–cv–07275
                                            Honorable Gary Feinerman

Rajat Rai, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

        MINUTE entry before the Honorable Gary Feinerman: The parties have filed a
stipulation of dismissal [68], the terms of which are set forth therein. Status hearing set for
9/7/2017 [67] is stricken. All pending motions are denied as moot. Civil case
closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.